ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB No. 101340)
MICHELE SHERER ANCHETA (CSB No. 192039)
Email: mancheta@rsglabor.com
510 South Marengo Ave.
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorneys for Defendant and Cross-Claimant Painters and
 Allied Trades District Council No. 36

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KOLLER COATINGS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PAINTERS & DECORATORS LMCC; PAINTERS AND ALLIED TRADES DISTRICT COUNCIL No.36,<br><br>Defendants. | CASE NO. SACV10-00354-CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>[PROPOSED] JUDGMENT |
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL No.36,<br><br>Cross-Claimant,<br><br>v.<br><br>KOLLER COATINGS CORPORATION,<br><br>Cross-Defendant. | |

Defendant and Cross-Claimant Painters and Allied Trades District Council #36's Motion to Confirm Arbitration Award came on for hearing on March 28,

///

-1-

2011, the Honorable Christina A. Snyder, judge presiding.  In accordance with the Court's findings/order dated April 21, 2011,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That the Arbitration Award issued in this matter by the Southern California Painters and Allied Trades Labor Management Cooperation Committee on September 23, 2009 is confirmed in its entirety;

2. That Plaintiff/Cross-Defendant Koller Coatings Corporation immediately pay $209,697.43;

3. Costs shall be determined by a properly brought application, pursuant to Local Rule 54,3 and attorney's fees shall be determined by a properly brought motion, pursuant to Local Rule 54-12.

DATED: May 6, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

.